[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 99-1649

GERSHON ROSS; MARLENE W. ROSS; AS GUARDIAN FOR
GERSHON ROSS,

Plaintiffs, Appellants,

v.

THE FRAMINGHAM SCHOOL COMMITTEE; TOWN OF
FRAMINGHAM; MASSACHUSETTS DEPARTMENT OF EDUCATION,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Robert E. Keeton, U.S. District Judge]

---

Before

Torruella, Chief Judge,
Boudin and Stahl, Circuit Judges.

---

Marlene W. Ross on brief pro se.
Aaron K. Bikofsky, Philip B. Benjamin and Bikofsky & White
on brief for appellees.

---

June 23, 2000

---

**Per Curiam**. We have carefully read the parties' submissions and have reviewed the district court and administrative records.  Based on our review, we find that the decision to grant the defendants' motions for summary judgment was without error.  We therefore affirm the judgement of the district court for essentially the reasons stated in its opinion, <u>Ross</u> v. <u>Framingham School Comm.</u>, 44 F. Supp. 2d 104 (D. Mass. 1999).

<u>Affirmed</u>.  <u>See</u> Local Rule 27(c).